IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>LANDSOURCE COMUNITIES<br>DEVELOPMENT LLC, et al.,<br><br>      Debtors.<br><br>CITIZENS AGAINST CORPORATE<br>CRIME, LLC,<br><br>      Appellant,<br><br>v.<br><br>LENNAR CORPORATION,<br><br>      Appellee. | Chapter 11<br>Bk. No. 08-11111 (KJC)<br><br><br><br><br><br><br><br>Civ. No. 18-1793-CFC |

**ORDER**

At Wilmington this 2nd day of January, 2019, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **January 14, 2019.**

2. Appellee's brief in opposition to the appeal is due on or before **March 15, 2019.**

3. Appellant's reply brief is due on or before **April 15, 2019.**

 

_____
United States District Judge