**Case No. 1:18-CV-01793-CFC**

# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> Landsource Communities Development LLC, et al., <br> Debtors. | Civil Action No: 1:18-CV-01793-CFC <br> Bankruptcy Case No. 08-11111 (KJC) |
| Citizens Against Corporate Crime, LLC, <br> Appellant, <br> v. <br> Lennar Corporation, <br> Appellee. | BAP No. 18-53 |

## APPELLANT CITIZENS AGAINST CORPORATE CRIME, LLC STATEMENT REGARDING ORAL ARGUMENT

Pursuant to Rule 8019(a) of the Federal Rules of Bankruptcy Procedure Citizens Against Corporate Crime, LLC respectfully requests oral argument in this matter. The appeal is not frivolous, the dispositive issues are in dispute, and the decisional process would be significantly aided by oral argument, especially because of the interplay between California State and Federal law.

Dated: April 15, 2019

                                             s/ Stamatios Stamoulis
                                             Stamatios Stamoulis (DE No. 4606)
                                             Stamoulis & Weinblatt, LLC

6 Denny Road, Suite 307
Wilmington, DE 19089
Email: stamoulis@swdelaw.com

- and -

Robert E. Barnes (*pro hac vice*)
Tony Nasser (*pro hac vice*)
Barnes Law, LLP
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Tel: 310-510-6211
Fax: 310-510-6225
Email: robertbarnes@barneslawllp.com
Email: tonynasser@barneslawllp.com

Attorneys for Citizens Against Corporate Crime, LLC