IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LANDSOURCE COMMUNITIES DEVELOPMENT, LLC, *et al.*, | : Chapter 11<br>: Bankr. No. 08-11111-KJC<br>: (Jointly Administered) |
| Debtors. | : |
| CITIZENS AGAINST CORPORATE CRIME, LLC, | :<br>: Civ. No. 18-1793-CFC |
| Appellant, | : |
| v. | : |
| LENNAR CORPORATION, | : |
| Appellee. | : |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED:

1. The Order Granting Lennar Corporation's Motion to Reopen the Chapter 11 Bankruptcy Cases (B.D.I. 3562), dated July 17, 2018, is AFFIRMED.

2. The Order Granting Lennar Corporation's Motion to Enforce the Injunction and Release in the Debtors' Joint Chapter 11 Plan and Confirmation Order (B.D.I. 3613), dated November 1, 2018, is AFFIRMED.

3. The Clerk is directed to CLOSE Civ. No. 18-1793-CFC.

Entered this Third day of January 2020.

_____
UNITED STATES DISTRICT JUDGE